# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Martini, William J. | 2. Court or Organization  District Court - New Jersey | 3. Date of Report  5/5/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |

**7. Chambers or Office Address**

50 Walnut Street
PO Box 419
Newark, NJ 07101-0419

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Nicholas Martini Foundation |
| 2. Trustee | John Cabot University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2011 | Nicholas Martini Foundation, Trustee | $22,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | April 11-13, 2011 | Cambridge, MA | FJC educational seminar or program | Travel |
| 2. | Federal Judicial Center | May 4-6, 2011 | Philadelphia, PA | Meeting of U.S. Judicial Conference or committees | Travel |
| 3. | Federal Judicial Center | October 30-November 1, 2011 | Palm Beach, FL | Meeting of U.S. Judicial Conference or committees | Travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 5/5/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 5/5/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 2. FEDERATED KAUFMANN FUND-R (FORMAALLY FUND-K) | A | Distribution | K | T | | | | | |
| 3. BROKERAGE ACCOUNT #6(3432 | | | | | | | | | |
| 4. 1 SHARES TR MCSI EAFE FD | C | Dividend | L | T | | | | | |
| 5. PIMCO ALL ASSET ALL | C | Dividend | K | T | | | | | |
| 6. POWERSHARES FTSE RAFI US | A | Dividend | L | T | | | | | |
| 7. POWERSHARES EXCH TRAD FD | B | Dividend | M | T | | | | | |
| 8. CHARLES SCHWAB ADV CASH RESERV PREM | | None | J | T | | | | | |
| 9. IRA #3 (3836) | | | | | | | | | |
| 10. AFLAC INC 3.45% 08/15/15 | A | Interest | | | Sold | 03/10/11 | K | A | |
| 11. AT&T INC 2.5% 08/15/15 | | None | | | Buy | 02/18/11 | J | | |
| 12. | | | | | Sold | 04/05/11 | J | | |
| 13. BANK OF AMERICA 5.65% 05/01/18 | | None | | | Sold | 04/05/11 | K | A | |
| 14. CISCO SYSTEMS 4.95% 02/15/19 | | None | | | Buy | 03/22/11 | K | | |
| 15. | | | | | Sold | 04/05/11 | K | | |
| 16. CITIGROUP INC 5.3% 10/17/12 | | None | | | Sold | 04/05/11 | K | A | |
| 17. DOW CHEMICAL 5.9% 02/15/15 | A | Interest | | | Sold | 04/05/11 | K | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 5/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FED HM LN MTG 4.875% 11/15/13 | | None | | | Sold | 04/05/11 | K | | |
| 19. FED NATL MTG 4.375% 09/15/12 | A | Interest | | | Sold | 04/05/11 | K | | |
| 20. GOLDMAN SACHS GP 3.7% 08/01/15 | A | Interest | | | Sold (part) | 03/10/11 | K | A | |
| 21. | | | | | Sold | 04/05/11 | K | | |
| 22. HEWLETT PACKARD 2.125% 09/13/15 | | None | | | Buy | 03/22/11 | J | | |
| 23. | | | | | Sold | 04/05/11 | J | | |
| 24. HOME DEPOT INC 5.40% 03/01/16 | A | Interest | | | Sold | 04/05/11 | K | | |
| 25. ORACLE 5.25% 01/15/16 | | None | | | Buy | 02/18/11 | K | | |
| 26. ORACLE 5.25% 01/15/16 | | None | | | Sold | 04/05/11 | K | | |
| 27. PNC FUNDING 3.625% 02/08/15 | | None | | | Buy | 03/10/11 | K | | |
| 28. | | | | | Sold | 04/05/11 | K | | |
| 29. US TREAS NT 2.375% 09/30/14 | | None | | | Buy | 01/19/11 | K | | |
| 30. US TREAS NT 2.375% 09/30/14 | A | Interest | | | Sold | 04/05/11 | K | | |
| 31. US TREAS NT 4.25% 11/15/17 | | None | | | Buy | 03/22/11 | J | | |
| 32. US TREAS NT 4.25% 11/15/17 | | None | | | Sold | 04/05/11 | J | | |
| 33. US TREAS NT 1.375% 11/30/15 | | None | | | Sold | 04/05/11 | K | | |
| 34. WELLS FARGO 3.625% 04/15/15 | | None | | | Buy | 03/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 5/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WELLS FARGO 3.625% 04/15/15 | | None | | | Sold | 04/05/11 | K | | |
| 36. AMERICAN EXP CR 7.3% 08/20/13 | A | Interest | | | Sold | 04/05/11 | K | | |
| 37. APACHE CORP 5.625 01/15/17 | A | Interest | | | Sold | 02/18/11 | K | C | |
| 38. DUKE ENERGY 6.3% 02/01/14 | | None | | | Sold | 01/19/11 | K | B | |
| 39. FHLMC G0-8200 6% 5/1/37 | A | Interest | | | Sold | 04/05/11 | K | | |
| 40. FHLMC G1-2228 5.5% 7/1/21 | A | Interest | | | Sold | 04/05/11 | J | | |
| 41. FNMA PL 254048 6.5% 11/01/16 | A | Interest | | | Sold | 04/05/11 | J | | |
| 42. FNMA PL 938721 5.5% 5/01/22 | A | Interest | | | Sold | 04/05/11 | J | | |
| 43. GENL ELEC CAP CAP 2.8% 01/08/13 | A | Interest | | | Sold | 04/05/11 | K | A | |
| 44. JPMORGAN CHASE 3.7% 1/20/15 | A | Interest | | | Sold | 04/05/11 | K | A | |
| 45. MORGAN STANLEY 4.75% 4/1/14 | A | Interest | | | Sold | 04/05/11 | K | B | |
| 46. TIME WARNER 5.875 DUE 11/15/16 | | None | | | Sold | 04/05/11 | K | B | |
| 47. TIME WARNER 6.2% DUE 7/1/13 | A | Interest | | | Sold (part) | 03/22/11 | J | | |
| 48. | | | | | Sold | 3/22/11 | J | A | |
| 49. CHARLES SCHWAB ADV CASH RESERV PREM | A | Interest | | | Buy (add'l) | 04/07/11 | L | | |
| 50. | | | | | Distributed (part) | 4/7/11 | J | | |
| 51. | | | | | Buy (add'l) | 04/08/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 5/5/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 04/11/11 | N | | |
| 53. | | | | | Redeemed (part) | 04/12/11 | N | | |
| 54. | | | | | Closed | 05/11/11 | J | | |
| 55. IRA #6 (4367) | | | | | | | | | |
| 56. CHARLES SCHWAB ADV CASH RESERV PREM | | None | | | Merged (with line 60) | 04/11/11 | K | | |
| 57. LOOMIS SAYLES BOND CL | B | Dividend | | | Merged (with line 70) | 04/11/11 | M | | |
| 58. TEMPLETON GLOBAL BOND FUND ADV CL | B | Dividend | | | Merged (with line 69) | 04/11/11 | L | | |
| 59. IRA #7 (2679) | | | | | | | | | |
| 60. CHARLES SCHWAB ADV CASH RESERV PREM | A | Interest | K | T | Buy (add'l) | 04/11/11 | K | | |
| 61. | | | | | Buy (add'l) | 04/07/11 | J | | |
| 62. | | | | | Buy (add'l) | 04/11/11 | N | | |
| 63. | | | | | Redeemed (part) | 4/5/11 | L | | |
| 64. | | | | | Redeemed (part) | 04/11/11 | N | | |
| 65. JPMORGANSTRATEGIC INCM | C | Dividend | L | T | | | | | |
| 66. JPMORGAN HIGHBRIDGE DYNAMIC COMMODITIES | B | Dividend | K | T | Buy | 04/05/11 | K | | |
| 67. PIMCO COMMODITY REAL RETURN STRAT | B | Dividend | | | Sold | 04/05/11 | K | | |
| 68. TFS MARKET NEUTRAL FUND | A | Dividend | K | T | Buy (add'l) | 04/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. TEMPLETON GLOBAL BOND | D | Dividend | L | T | Open | 04/11/11 | L | | |
| 70. LOOMIS SAYLES BOND CL | D | Dividend | M | T | Open | 04/11/11 | M | | |
| 71. PIMCO TOTAL RETURN FUND | D | Dividend | N | T | Buy | 04/11/11 | N | | |
| 72. THORNBURG LTD TERM | C | Dividend | M | T | Buy | 04/11/11 | M | | |
| 73. RYDEX SGI MGD FUTURES STRATEGY FD | | None | K | T | Buy (add'l) | 04/05/11 | J | | |
| 74. DIAMOND HILL LONG SHORT FUND CL A | | None | K | T | | | | | |
| 75. THIRD AVENUE REAL ESTATE VALUE FD INSTL | | None | K | T | | | | | |
| 76. VALLEY NATIONAL BANK | | None | K | T | | | | | |
| 77. THE AXA EQUITABLE VARIABLE LIFE INSURANCE POLICY | | None | K | T | | | | | |
| 78. EQUITABLE - SEP | | None | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ASSETS HELD IN IRA#6 (LINE 56,57 AND 58) WERE TRANFERRED TO IRA#7 IN (LINE60,69 AND 70) APRIL 2011

THE NICHOLAS MARTINI FOUNDATION IS A 501(C)(3) CHARITABLE FAMILY FOUNDATION. IT'S MISSION IS TO SUPPORT YOUTH, HEALTH, ENVIRONMENTAL AND EDUCATION PROGRAMS.
AS A MEMBER OF THE BOARD OF TRUSTEES I PARTICIPATE IN THE DECISIONS TO DISTRIBUTE THOSE FUNDS. THE TRUSTEES ANNUALY ESTABLISH INVESTMENT POLICY FOR THE FOUNDATION. THAT POLICY IS IMPLEMENTED BY AN INDEPENDENT MANAGER WHO HAS FULL DISCRETION WITH REGARD TO INVESTMENT DECISIONS. TRUSTEES DO NOT MAKE INVESTMENT DECISIONS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William J. Martini**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544